IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SARAH BEHNKE, | CIVIL ACTION |
| Plaintiffs, | |
| v. | No. 14–cv-824 |
| CVS CAREMARK CORPORATION, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW,** this 4th day of June, 2018, upon consideration of the "Motion for Leave to File Under Seal a Motion for Limited Intervention and Protective Order" filed by Non-Party Movant Aetna, Inc. (Doc. No. 32), and following an on-the-record telephone conference regarding the Motion, it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

Non-Party Movant Aetna, Inc. may publicly file a motion for limited intervention and a protective order. Should the Court—after considering such a motion and any responses thereto—require additional information or documents, Aetna, Inc. may be directed to provide such information or documents for review *in camera*.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____

**MITCHELL S. GOLDBERG, J.**