## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2018, a true and correct copy of the foregoing was served via the Court's ECF system upon all counsel of record.

                                       */s/ Thomas J. Elliott*
                                       THOMAS J. ELLIOTT
                                       Elliott Greenleaf, P.C.
                                       925 Harvest Drive, Suite 300
                                       Blue Bell, PA 19422
                                       txe@elliottgreenleaf.com
                                       (215) 977-1000