IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* SARAH BEHNKE,<br><br>　　　　Plaintiff-Relator,<br><br>　　v.<br><br>CVS CAREMARK<br>CORPORATION, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 2:14-cv-00824 MSG |

**JOINT STIPULATION AND [PROPOSED] ORDER**

Relator Sarah Behnke ("Relator"), by and through her undersigned attorneys, and CVS Caremark Corp., Caremark Rx, L.L.C. (f/k/a Caremark Rx, Inc.)[1], CaremarkPCS Health, L.L.C., and Silverscript Insurance Company ("Defendants"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

1.　　The undersigned counsel for Defendants agree on behalf of Defendants to accept service of the Summons and Complaint via electronic mail. Except as to service of process, Defendants expressly reserve the right to challenge the Complaint on any and all grounds.

2.　　Defendants shall answer or move to dismiss the Complaint by July 31, 2018. If Defendants file a motion to dismiss, any brief in support thereof shall be limited to 30 pages in length.

3.　　Relator shall file an opposition to any motion to dismiss by October 1, 2018. Any opposition brief filed by Relator shall be limited to 30 pages in length.

---

[1] The Complaint names this party as CVS Caremark Rx, L.L.C. (f/k/a Caremark Rx. Inc.).

4. Defendants may file a reply in support of any motion to dismiss. Any reply brief shall be filed by October 31, 2018, and shall be limited to 15 pages in length.

WHEREFORE, the parties respectfully request that the Court endorse and enter this Joint Stipulation.

Dated:  June 15, 2018                                     Respectfully submitted,


BERGER & MONTAGUE, P.C.                WILLIAMS & CONNOLLY LLP

/s/ *Susan Schneider Thomas*              */s/ Craig D. Singer*

Susan Schneider Thomas (PA 32799)      Craig D. Singer (PA ID No. 71394)
1622 Locust Street                                  725 Twelfth Street, N.W.
Philadelphia, PA 19103                          Washington, DC 20005
Telephone: (215)875-5711                    Telephone: (202) 434-5000
Email:  sthomas@bm.net                      Facsimile: (202) 434-5029

*Counsel for Relator*                             *Counsel for Defendants*




SO ORDERED.

Date: _____       _____
                                                              UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing JOINT STIPULATION AND [PROPOSED] ORDER has been served upon counsel of record by using the Court's electronic filing system ("EFS") on June 15, 2018.

/s/ *Susan Schneider Thomas*

Susan Schneider Thomas