IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SARAH BEHNKE,<br><br>    Plaintiff-Relator,<br><br>v.<br><br>CVS CAREMARK CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 2:14-cv-00824 MSG |

**JOINT STIPULATION AND [PROPOSED] ORDER**

Relator Sarah Behnke ("Relator"), by and through her undersigned attorneys, and CVS Caremark Corp., Caremark Rx, L.L.C. (f/k/a Caremark Rx, Inc.)[1], CaremarkPCS Health, L.L.C., and Silverscript Insurance Company ("Defendants"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

1. Relator has notified Defendants that she is not pursuing claims under the Anti-Kickback Statute ("AKS"), as pled in Paragraphs 166–67 of the Complaint (Dkt. # 1), intends to seek dismissal of the claims under the AKS without prejudice, and intends to seek written consent to the dismissal thereof from the Attorney General.

2. Defendants' time to answer or move to dismiss the Complaint shall be extended by three days from July 31, 2018 to August 3, 2018.

WHEREFORE, the parties respectfully request that the Court endorse and enter this Joint Stipulation.

---

[1] The Complaint names this party as CVS Caremark Rx, L.L.C. (f/k/a Caremark Rx. Inc.)


Dated: July 31, 2018                Respectfully submitted,

BERGER & MONTAGUE, P.C.          WILLIAMS & CONNOLLY LLP

/s Susan Schneider Thomas            /s Craig D. Singer
Susan Schneider Thomas (PA 32799)    Craig D. Singer (PA ID No. 71394)
1622 Locust Street                         725 Twelfth Street, N.W.
Philadelphia, PA 19103                  Washington, DC 20005
Telephone: (215)875-5711               Telephone: (202) 434-5000
Email: sthomas@bm.net                  Facsimile: (202) 434-5029

*Counsel for Relator*                          *Counsel for Defendants*

SO ORDERED.

Date: August 7, 2018                        _____
                                               UNITED STATES DISTRICT JUDGE