IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT FOX, et al.<br>v.<br>HOME CARE HOSPICE, INC., et al. | : : : | Civil Action No. 06-cv-4679 |
| PETER BISTRIAN<br>v.<br>WARDEN TROY LEVI, et al. | : : : | Civil Action No. 08-cv-3010 |
| JASON DEMKO, et al.<br>v.<br>SYNTHES, INC. | : : : | Civil Action No. 08-cv-4623 |
| STEPHEN KRAHLING, et al.<br>v.<br>MERCK & CO. | : : : | Civil Action No. 10-cv-4374 |
| DONALD PALMER, et al.<br>v.<br>C&D TECHNOLOGIES | : : : | Civil Action No. 12-cv-907 |
| JESSE POLANSKY, M.D., et al.<br>v.<br>EXECUTIVE HEALTH RESOURCES | : : : | Civil Action No. 12-cv-4239 |
| RONALD STRECK, et al.<br>v.<br>BRISTOL-MYERS SQUIBB<br>COMPANY, et al. | : : : : | Civil Action No. 13-cv-7547 |
| CUSTOMS FRAUD INVESTIGATIONS<br>v.<br>VICTAULIC COMPANY | : : : | Civil Action No. 13-cv-2983 |
| SHELDON PINK, et al.<br>v.<br>ELIZABETH KHAN, M.D., et al. | : : : | Civil Action No. 13-cv-4942 |
| SARAH BEHNKE, et al.<br>v.<br>CVS CAREMARK CORP., et al. | : : : | Civil Action No. 14-cv-824 |

| | | |
|---|---|---|
| **ERICKA DESJARDINS, et al.** <br> v. <br> **TREE OF LIFE BEHAVIORAL SERVICES, INC., et al.** | : <br> : <br> : <br> : | Civil Action No. 14-cv2039 |
| **TERRY JACKSON, et al.** <br> v. <br> **DEPAUL HEALTH SYSTEM, et al.** | : <br> : <br> : | Civil Action No. 15-cv-20 |
| **SANDRA WESTRAY, et al.** <br> v. <br> **MERCY LIFE, et al.** | : <br> : <br> : | Civil Action No. 15-cv-3095 |
| **SUSAN CLASS, et al.** <br> v. <br> **BAYADA HOME HEALTH CARE, et al.** | : <br> : <br> : | Civil Action No. 16-cv-680 |
| **UNITED STATES OF AMERICA** <br> v. <br> **CLINICAL CORP., et al** | : <br> : <br> : | Civil Action No. 16-cv-2115 |
| **UNITED STATES OF AMERICA** <br> v. <br> **AMGEN, LLC, et al.** | : <br> : <br> : | Civil Action No. 16-cv-5203 |
| **THE WOLK FIRM** <br> v. <br> **UNITED STATES OF AMERICA, et al.** | : <br> : <br> : | Civil Action No. 16-cv-5632 |
| **ANTHONY GOLDBERG** <br> v. <br> **UNITED STATES OF AMERICA, et al.** | : <br> : <br> : | Civil Action No. 17-cv-176 |
| **ESTATE OF ANTHONY KENDRELL** <br> v. <br> **DEFENSE LOGISTICS AGENCY, et al.** | : <br> : <br> : | Civil Action No. 17-cv-229 |
| **UNITED STATES OF AMERICA** <br> v. <br> **J&B POULTRY MARKET, et al.** | : <br> : <br> : | Civil Action No. 17-cv-710 |
| **JOHN BESSE** <br> v. <br> **UNITED STATES OF AMERICA** | : <br> : <br> : | Civil Action No. 17-cv-801 |

| | | |
|---|---|---|
| BLANCHE BROWN<br>v.<br>UNITED STATES OF AMERICA, et al. | : <br> : <br> : | Civil Action No. 17-cv-1551 |
| NHCA-TEV, LLC<br>v.<br>TEVA PHARMACEUTICAL<br>PRODUCTS, LTD, et al. | : <br> : <br> : <br> : | Civil Action No. 17-cv-2040 |
| BRADLEY KURTZ, et al.<br>v.<br>DEPARTMENT OF EDUCATION<br>CONSERVE | : <br> : <br> : <br> : | Civil Action No. 17-cv-2283 |
| EDWARD WILLIAMS<br>v.<br>U.S. ATTORNEY GENERAL, et al. | : <br> : <br> : | Civil Action No. 17-cv-2641 |
| TAMMIE ROSADO<br>v.<br>UNITED STATES OF AMERICA, et al. | : <br> : <br> : | Civil Action No. 17-cv-5253 |
| FELICITA SANCHEZ-GARCIA<br>v.<br>UNITED STATES OF AMERICA | : <br> : <br> : | Civil Action No. 17-cv-5387 |
| AYO TAPSON<br>v.<br>UNITED STATES OF AMERICA | : <br> : <br> : | Civil Action No. 18-cv-442 |
| WILLIAM JENNINGS<br>v.<br>UNITED STATES OF AMERICA | : <br> : <br> : | Civil Action No. 18-cv-461 |
| JOSEPH RISDORFER<br>v.<br>UNITED STATES OF AMERICA | : <br> : <br> : | Civil Action No. 18-cv-592 |
| PRISCILLA GIUSEFFI<br>v.<br>KIRSTJEN NIELSEN | : <br> : <br> : | Civil Action No. 18-cv-622 |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance in all of the above captioned cases.

Respectfully submitted,

Dated: 8/29/2018

*[signature]*
MARGARET L. HUTCHINSON
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing Entry of Appearance was filed and available through the Court's ECF filing system in the above-captioned cases.

Dated: 8/29/2018

*/s/ Margaret L. Hutchinson*
MARGARET L. HUTCHINSON
Assistant United States Attorney