IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SARAH BEHNKE, | : CIVIL ACTION NO. 14-CV-00824 : (MSG) |
| Plaintiffs, | |
| v. | |
| CVS CAREMARK CORPORATION, CVS CAREMARK Rx, LLC (f/k/a CAREMARK Rx, INC.), CAREMARKPCS HEALTH LLC, and SILVERSCRIPT INSURANCE COMPANY, | |
| Defendants. | |

FILED
NOV 15 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### [PROPOSED] ORDER GRANTING LEAVE TO FILE SURREPLY

AND NOW, this 14th day of November 2018, upon consideration of Plaintiff-Relator's Motion for Leave to File Surreply, it is hereby ORDERED that the motion be and hereby is GRANTED, and it is FURTHER ORDERED that the Surreply be accepted for filing.

BY THE COURT:

_____
Mitchell S. Goldberg, U.S.D.J.