IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SARAH BEHNKE, | : CIVIL ACTION NO.<br>: 2:14-cv-00824 (MSG)<br>: |
| Plaintiffs, | : |
| v. | : |
| CVS CAREMARK CORPORATION, CVS CAREMARK Rx, LLC (f/k/a CAREMARK Rx, INC.), CAREMARKPCS HEALTH LLC, and SILVERSCRIPT INSURANCE COMPANY, | : <br>: <br>: <br>: |
| Defendants. | : <br>: |

**NOTICE OF:**
**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly withdraw the appearance of Jonathan D. Berger as counsel for Plaintiff Sarah Behnke in the above-captioned matter. Other counsel who have appeared on behalf of Plaintiff will remain in the action.

Respectfully,

Dated: March 19, 2019        /s/ *Jonathan D. Berger*
Jonathan D. Berger
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103-6305
Telephone: (215) 875-3000

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused to be served a copy of the foregoing Withdrawal of Appearance upon all counsel of record by ECF..

| | |
|---|---|
| Date:   March 19, 2019 | /s/ *Jonathan D. Berger* |
| | Jonathan D. Berger |