IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SARAH BEHNKE,<br><br>Plaintiffs,<br><br>v.<br><br>CVS CAREMARK CORPORATION, *et al.*,<br><br>Defendants. | CIVIL ACTION<br><br>No. 14-824 |

## ORDER

**AND NOW**, this 23rd day of April, 2020, upon consideration of Defendants' "Motion to Dismiss" (ECF No. 50), Plaintiff's response thereto (ECF No. 54), Defendants' reply (ECF No. 57), and Plaintiff's sur-reply (ECF No. 60), it is hereby **ORDERED** that:

– Defendants' Motion to Dismiss is **GRANTED IN PART** as to Counts I and II against Defendant SilverScript Insurance Company and as to Count III against all Defendants.

– The motion is **DENIED IN PART** as to Counts I and II against Defendants CVS Caremark Corporation, CVS Caremark Rx, LLC, and CaremarkPCS Health LLC.

– Plaintiff may amend the Complaint in an attempt to cure the deficiencies identified in the accompanying Memorandum Opinion **within thirty (30) days from the date of this Order.**

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1