IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SARAH BEHNKE, | CIVIL ACTION |
| Plaintiffs, | |
| v. | No. 14-824 |
| CVS CAREMARK CORPORATION, *et al.*, | |
| Defendants. | |

## SCHEDULING ORDER

**AND NOW**, this 1st day of September, 2020, following a preliminary pretrial conference on August 31, 2020, it is hereby **ORDERED** that:

1. This case is referred to Magistrate Judge David R. Strawbridge for settlement purposes. Judge Strawbridge will contact counsel to initiate the settlement process.

2. **Within 7 days of the date of this Order**, Plaintiff shall file either (1) a stipulation dismissing Defendant SilverScript Insurance Company or (2) a Second Amended Complaint, in which Defendant SilverScript Insurance Company is no longer named as a defendant.

3. All other motions to amend the complaint and to join or add additional parties shall be filed by **November 10, 2020**.

4. **By no later than December 21, 2020**, the parties shall submit a joint report regarding the status of discovery.

5. A telephone status conference is scheduled for **Monday, January 4, 2021 at 2:00 p.m.** The Court will reach out to counsel in advance of the conference with dial-in information.

6. All fact discovery shall be completed by **April 30, 2021.**

7. The parties shall produce their expert report(s) by **May 21, 2021**. Any rebuttal reports shall be produced by **June 11, 2021**. All expert discovery, including all depositions of expert witnesses, shall be completed by **July 2, 2021.**

8. Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and/or damages shall, within the time required for the submission of expert discovery set forth above, serve opposing parties with concise details and/or documents covering the lay opinions of the Rule 701 witnesses, including the identity of each witness offering the lay opinion, the substance and the basis for each opinion.

9. All motions for summary judgment and <u>Daubert</u> motions shall be filed no later than **July 23, 2021**.

10. Responses to motions for summary judgment and <u>Daubert</u> motions, if any, shall be filed no later than **August 13, 2021.**

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**