IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SARAH BEHNKE,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CVS CAREMARK CORP., CAREMARK Rx, LLC (f/k/a CAREMARK Rx, INC.), CAREMARKPCS HEALTH LLC, and CAREMARK PART D SERVICES, LLC,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 14-cv-00824 (MSG) |

## JOINT STIPULATION

Relator Sarah Behnke ("Relator") and Defendants CVS Caremark Corp. (n/k/a CVS Health Corporation), Caremark Rx, L.L.C. (f/k/a Caremark Rx, Inc.), CaremarkPCS Health, L.L.C., and Caremark Part D Services, L.L.C. (collectively "Defendants"), by and through their undersigned attorneys, hereby stipulate and agree that Defendants' response to the Second Amended Complaint (ECF No. 114) shall be due on December 4, 2020.

| | |
|---|---|
| BERGER MONTAGUE, P.C. | WILLIAMS & CONNOLLY LLP |
| */s/ Susan Schneider Thomas*<br>Susan Schneider Thomas (PA 32799)<br>Joy P. Clairmont (PA 82775)<br>1818 Market St, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215)875-5711<br>Email: sthomas@bm.net<br><br>*Counsel for Relator*<br><br>Dated:  November 24, 2020 | */s/ Daniel M. Dockery*<br>Enu Mainigi (*pro hac vice*)<br>Craig D. Singer (PA 71394)<br>Holly M. Conley (*pro hac vice*)<br>Daniel M. Dockery (*pro hac vice*)<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br><br>*Counsel for Defendants* |

SO ORDERED.

Date:  November 25, 2020　　　　　　　/s/ Mitchell S. Goldberg
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE