**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SARAH BEHNKE, <br><br>    Plaintiffs, <br><br> v. <br><br> CVS CAREMARK CORP., CVS CAREMARK Rx, LLC (f/k/a CAREMARK Rx, INC.), CAREMARKPCS HEALTH LLC, and CAREMARK PART D SERVICES, LLC, <br><br>    Defendants. | Civil Action No. 14-cv-00824 (MSG) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2020, a copy of the foregoing was filed electronically through the ECF system of the United States District Court for the Eastern District of Pennsylvania and counsel of record received notification via ECF.

WILLIAMS & CONNOLLY LLP

  /s Daniel M. Dockery
Daniel M. Dockery (*pro hac vice*)
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Counsel for Defendants*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SARAH BEHNKE,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CVS CAREMARK CORP., CVS CAREMARK Rx, LLC (f/k/a CAREMARK Rx, INC.), CAREMARKPCS HEALTH LLC, and ~~SILVERSCRIPT INSURANCE COMPANY~~CAREMARK PART D SERVICES, LLC,~~.~~<br><br>　　　　　　　　　　Defendants. | **CERTIFICATE OF SERVICE**<br><br>Civil Action No. 14-cv-00824 (MSG) |

　　　I, Daniel M. Dockery, hereby certify that on December 7, 2020 I caused a true and correct copy of the foregoing Answer to Relator's ~~First~~ Second Amended Complaint to be filed with the Clerk of the Court using the CM/ECF system, which will render these documents available for viewing and downloading via the CM/ECF system and will send notification of such filing to all counsel of record in this matter who are registered on CM/ECF.

　　　　　　　　　　　　　　　　　　　　　　　　　 /s Daniel M. Dockery
　　　　　　　　　　　　　　　　　　　　　　　　　Daniel Dockery

Dated:  December 7, 2020

2