# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **SARAH BEHNKE,** | : : : **CIVIL ACTION** |
| Plaintiffs, | : : |
| v. | : **No. 14-824** : : |
| **CVS CAREMARK CORPORATION**, *et al.*, | : : |
| Defendants. | : : : |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 4th day of January, 2021, it is hereby **ORDERED** that:

1. **By no later than February 19, 2021**, the parties shall submit a joint report regarding the status of discovery.

2. A telephone status conference is scheduled for **Wednesday, February 24, 2021 at 2:00 p.m.** Counsel shall dial (571) 353-2300, 427102124#, to connect.

3. Document production shall be substantially completed by **March 30, 2021.**

4. All fact discovery shall be completed by **June 30, 2021.**

5. The parties shall produce their expert report(s) by **July 21, 2021**. Any rebuttal reports shall be produced by **August 11, 2021**. All expert discovery, including all depositions of expert witnesses, shall be completed by **September 2, 2021.**

6. All motions for summary judgment and <u>Daubert</u> motions shall be filed no later than **September 23, 2021**.

7. Responses to motions for summary judgment and <u>Daubert</u> motions, if any, shall be filed no later than **October 13, 2021.**

          **BY THE COURT:**

          *<u>/s/ Mitchell S. Goldberg</u>*
          **MITCHELL S. GOLDBERG, J.**