

SUSAN SCHNEIDER THOMAS / *OF COUNSEL*
**p.** 215.875.5711 | sthomas@bm.net

April 1, 2021

**VIA EMAIL**

The Honorable David R. Strawbridge
United States Magistrate Judge
Eastern District of Pennsylvania
3030 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Strawbridge_Chamber@paed.uscourts.gov

    RE:   *UNITED STATES OF AMERICA, ex rel. SARAH BEHNKE vs.*
           *CVS CAREMARK CORPORATION, et al., CA No. 14-cv-00824*

Dear Judge Strawbridge:

    With respect to the settlement call currently calendared for April 5th at 4:15 pm, Plaintiff-Relator respectfully requests that the call be adjourned until late April/early May, at Your Honor's convenience. The parties are heavily engaged in document discovery and will be starting depositions relatively soon and we do not believe that a settlement call at this time would be productive.

    I spoke today with defense counsel, Daniel Dockery of Williams & Connolly, and defendants do not oppose this request.

    Thank you very much for your consideration in this regard.

                                Respectfully submitted,

                                */s/ Susan Schneider Thomas*
                                Susan Schneider Thomas

cc: Daniel M. Dockery
    Enu A. Mainigi
    Holly M. Conley
    Craig D. Singer
    Joy Clairmont
    Natalie Finkelman
    Jayne Goldstein
    Heidi Wendel