**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **SARAH BEHNKE,** | : : : | **CIVIL ACTION** |
| **Plaintiffs,** | : : | **No. 14-824** |
| **v.** | : : | |
| **CVS CAREMARK CORPORATION,** *et al.*, | : : | |
| **Defendants.** | : : : | |

## <u>ORDER</u>

**AND NOW**, this 26th day of April, 2021, upon consideration of the parties' April 23, 2021 submissions regarding ongoing discovery disputes and following a hearing on April 26, 2021, it is hereby **ORDERED** that:

- For the reasons stated on the record, Defendants **SHALL** produce to Plaintiff-Relator the "CVS Industry Analytics Share Drive" materials **within 14 days of the date of this Order**.

- **Within 21 days of being served with these documents**, if Plaintiff-Relator deems the production deficient, she shall file a letter, not to exceed three single-spaced pages, identifying which portions of the production are deficient and explaining how they are deficient.  Defendants may file a responsive letter, not to exceed three single-spaced pages, **within five business days**.

- All remaining deadlines are **STAYED** until the resolution of this discovery issue.

**BY THE COURT:**


 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**