# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **SARAH BEHNKE,** | : : **CIVIL ACTION** : |
| **Plaintiffs,** | : : **No. 14-824** |
| v. | : : |
| **CVS CAREMARK CORPORATION,** *et al.*, | : : |
| **Defendants.** | : : : |

## ORDER

**AND NOW**, this 1st day of June, 2021, upon consideration of Plaintiff-Relator's May 27, 2021 request for an extension of time, it is hereby **ORDERED** that the request is **GRANTED**. **Within 21 days of the date of this Order**, if Plaintiff-Relator deems Defendants' production of the "CVS Industry Analytics Share Drive" materials to be deficient, she shall file a letter, not to exceed three single-spaced pages, identifying which portions of the production are deficient and explaining how they are deficient. Defendants may file a responsive letter, not to exceed three single-spaced pages, **within five business days**.

                              BY THE COURT:


                              */s/ Mitchell S. Goldberg*
                              **MITCHELL S. GOLDBERG, J.**