# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **SARAH BEHNKE,** | : : : **CIVIL ACTION** |
| **Plaintiffs,** | : : |
| v. | : **No. 14-824** : |
| **CVS CAREMARK CORPORATION,** *et al.*, | : : |
| **Defendants.** | : : |

## ORDER

**AND NOW**, this 28th day of July, 2021, upon consideration of Plaintiff-Relator's "Brief Pursuant to Court Order Dated July 14, 2021" (ECF No. 169), Defendants' "Memorandum Pursuant to Court Order Dated July 14, 2021" (ECF No. 170), and following a hearing held on July 28, 2021, it is hereby **ORDERED** that:

- **Within 10 days of the date of this Order**, the parties shall meet and confer to negotiate search terms in order to locate documents responsive to Plaintiff-Relator's Fifth Request for Production of Documents No. 57, subparagraphs A through F.

- **Within 10 days of the date of this Order**, Defendants shall provide Plaintiff-Relator with information on how to locate in their productions each of the allegedly missing documents identified in Court's Exhibit 1 to the July 28, 2021 Discovery Hearing.

- For the reasons stated on the record, Plaintiff-Relator's request for production of documents pertaining to commercial (non-Medicare Part D) claims data or payment information is **DENIED**.

- **Within 10 days of the date of this Order**, Defendants shall serve on Plaintiff-Relator a letter listing the files contained in the two (2) terabytes of data accompanying the Industry Analytics share file or, if Defendants are unable to provide a list of files, a letter providing Plaintiff-Relator with information on how to determine what documents are contained in the two (2) terabytes of data.

- **Within 7 days of the date of this Order,** Plaintiff-Relator shall file a brief not to exceed five (5) single-spaced pages explaining how Defendants' production of the Industry Analytics share file is not fully responsive to Plaintiff-Relator's discovery requests. **Within 7 days thereafter,** Defendants may file a brief in response not to exceed five (5) single-spaced pages. In Defendants' response, they must identify to what discovery requests the Industry Analytics share file is responsive.

- All case deadlines remain **STAYED** until resolution of the above-referenced discovery issues.

**It is further ORDERED** that Plaintiff-Relator's motion (ECF No. 169) to seal the exhibits attached to her "Brief Pursuant to Court Order Dated July 14, 2021" is **GRANTED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**