# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SARAH BEHNKE <br><br> Plaintiffs, <br><br> v. <br><br> CVS CAREMARK CORPORATION, CAREMARK Rx, LLC (f/k/a CAREMARK Rx, INC.), CAREMARKPCS HEALTH LLC, and CAREMARK PART D SERVICES, LLC, <br><br> Defendants. | **Civil Action No. 2:14-cv-00824 (MSG)** |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY AETNA

Plaintiff-Relator Sarah Behnke, by and through the undersigned counsel, moves to compel production of documents responsive to Requests Nos. 5 and 6 in her Rule 45 subpoena served on non-party Aetna on August 27, 2021.

Plaintiff-Relator makes her motion under Federal Rule of Civil Procedure 45(d)(2)(B)(i) and rely on the attached Memorandum of Law in Support of Plaintiffs' Motion to Compel Production of Documents by Aetna.

For the reasons set forth in her Memorandum of Law, Plaintiff-Relator respectfully requests that the Court compel Aetna to produce documents responsive to Requests Nos. 5 and 6 of her Rule 45 subpoena, and grant such other relief as the Court deems just and proper.

Dated:  January 14, 2022

Respectfully submitted:

*/s/ Susan Schneider Thomas*

BERGER MONTAGUE PC
Susan Schneider Thomas
David F. Sorensen
Joy P. Clairmont
Caitlin Coslett
William Fedullo
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
E-mail:  sthomas@bm.net
         dsorensen@bm.net
         jclairmont@bm.net
         ccoslett@bm.net
         wfedullo@bm.net

Natalie Finkelman Bennett
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
E-mail: nfinkelman@millershah.com

Jayne A. Goldstein
MILLER SHAH LLP
1625 N. Commerce Parkway, #320
Fort Lauderdale, FL 33326
Telephone: (866) 849-7545
Facsimile: (866) 300-7367
Email: jagoldstein@millershah.com

*Attorneys for Plaintiff-Relator*

Susan Schneider Thomas