IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SARAH BEHNKE<br><br>          Plaintiffs,<br><br>     v.<br><br>CVS CAREMARK CORPORATION, CAREMARK Rx, LLC (f/k/a CAREMARK Rx, INC.), CAREMARKPCS HEALTH LLC, and CAREMARK PART D SERVICES, LLC,<br><br>          Defendants. | **Civil Action No. 2:14-cv-00824 (MSG)** |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of Plaintiff-Relator's Motion to Compel Production of Documents Aetna and any response thereto, it is hereby **ORDERED** that said motion is **GRANTED**. It is further ordered that Aetna must, within fourteen days of this Order, produce documents responsive to Requests No. 5 and 6 in Plaintiff-Relator's Rule 45 subpoena served on August 27, 2021.

                                                                 _____
                                                                 Mitchell S. Goldberg, J.