IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SARAH BEHNKE<br><br>                    Plaintiffs,<br><br>     v.<br><br>CVS CAREMARK CORPORATION, CAREMARK Rx, LLC (f/k/a CAREMARK Rx, INC.), CAREMARKPCS HEALTH LLC, and CAREMARK PART D SERVICES, LLC,<br><br>                    Defendants. | Civil Action No. 2:14-cv-00824 (MSG) |

**DECLARATION OF SUSAN SCHNEIDER THOMAS IN SUPPORT OF PLAINTIFF-RELATOR'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY AETNA**

I, Susan Schneider Thomas, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am Of Counsel at the firm Berger Montague P.C. and represent Plaintiff-Relator Sarah Behnke in the above-referenced matter. I submit this declaration in support of Plaintiff-Relator's Motion to Compel Production of Documents by Aetna.

2. Attached as Exhibit 1 is a true and correct copy of a June 2, 2021 letter sent by Daniel Dockery of Williams & Connolly LLP letter on behalf of Aetna, Inc.

I declare under penalty that the foregoing is true and correct.

Executed this 14th day of January 2022 at Wynnewood, Pennsylvania.

                                                            Susan Schneider Thomas