IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SARAH BEHNKE<br><br>                          Plaintiffs,<br><br>     v.<br><br>CVS CAREMARK CORPORATION, CAREMARK Rx, LLC (f/k/a CAREMARK Rx, INC.), CAREMARKPCS HEALTH LLC, and CAREMARK PART D SERVICES, LLC,<br><br>                          Defendants. | Civil Action No. 2:14-cv-00824 (MSG) |

**CERTIFICATION PURSUANT TO RULE 26.1(f)**

Pursuant to Rule 26.1(f), the undersigned hereby certifies that the parties met and conferred to resolve the dispute at issue in this Motion. Specifically, counsel for Relator and Aetna met and conferred on September 23, 2021 and followed up those communications with the following written correspondence discussing the requested documents: Email from Relator's Counsel (Joy Clairmont) to Aetna's Counsel (Sarah O'Connor) dated September 24; Letter from Aetna's Counsel to Relator's Counsel dated October 4, 2021; letter from Relator's Counsel to Aetna's Counsel dated October 11, 2021; Letter from Aetna's Counsel to Relator's Counsel dated October 19, 2021; Email from Relator's Counsel to Aetna's Counsel dated October 28, 2021; Email from Aetna's Counsel to Relator's Counsel dated November 4, 2021; Email from Relator's Counsel to Aetna's Counsel dated December 16, 2021. After Aetna confirmed that it was "standing on its

objections" to Requests 5 and 6 and the negotiations had reached an impasse, Relator's Counsel informed Aetna's Counsel that they would be filing this motion.

Dated:  January 14, 2022  /s/ *Susan Schneider Thomas*
Susan Schneider Thomas