# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SARAH BEHNKE<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CVS CAREMARK CORPORATION, CAREMARK Rx, LLC (f/k/a CAREMARK Rx, INC.), CAREMARKPCS HEALTH LLC, and CAREMARK PART D SERVICES, LLC,<br><br>　　　　　　　　　Defendants. | Civil Action No. 2:14-cv-00824 (MSG) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, I caused the foregoing papers to be served on all parties via ECF.

Dated:  January 14, 2022　　　　　　　　　　*/s/ Susan Schneider Thomas*
　　　　　　　　　　　　　　　　　　　　　　Susan Schneider Thomas