IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SARAH BEHNKE, | : : : CIVIL ACTION : |
| Plaintiffs, | : : No. 14-824 |
| v. | : : |
| CVS CAREMARK CORPORATION, *et al.*, | : : |
| Defendants. | : : |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 25th day of January, 2022, it is hereby **ORDERED** that:

1. All fact discovery shall be completed by **July 15, 2022**.

2. The parties shall produce their expert report(s) by **August 12, 2022**. Any rebuttal reports shall be produced by **September 23, 2022**. All expert discovery, including all depositions of expert witnesses, shall be completed by **October 14, 2022.**

3. All motions for summary judgment and Daubert motions shall be filed no later than **November 11, 2022**.

4. Responses to motions for summary judgment and Daubert motions, if any, shall be filed no later than **December 23, 2022.**

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**