IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **SARAH BEHNKE,**<br><br>*Plaintiff*,<br><br>v.<br><br>**CVS CAREMARK CORPORATION** *et al.*,<br><br>*Defendants*. | Civil Action<br><br>No. 14-cv-824 |

## ORDER

**AND NOW**, this 15th day of February, 2022, Relator's counsel having advised that the parties continue to meet and confer regarding the discovery dispute raised in Relator's Motion to Compel Production of Documents by Aetna (ECF No. 187), it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:


 */s/ Mitchell S. Goldberg*
 **MITCHELL S. GOLDBERG, J.**