IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **SARAH BEHNKE,**<br><br>*Plaintiff*,<br><br>v.<br><br>**CVS CAREMARK CORPORATION** *et al.*,<br><br>*Defendants*. | Civil Action<br><br>No. 14-cv-824 |

## ORDER

**AND NOW**, this 4th day of March, 2022, upon consideration of Relator's Motion to Compel (ECF No. 188), Defendants' response in opposition thereto (ECF No. 195), and Relator's reply (ECF No. 197), and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**