IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SARAH BEHNKE,<br><br>**Plaintiff-Relator,**<br><br>v.<br><br>CVS CAREMARK CORPORATION, *et al.*,<br><br>**Defendants.** | Civil Action No. 2:14-cv-00824 MSG |

**JOINT STIPULATION AND ORDER**

Relator Sarah Behnke ("Relator"), by and through her undersigned attorneys, and CVS Caremark Corporation (n/k/a CVS Health Corporation), CaremarkPCS Health, L.L.C., CVS Caremark Rx, L.L.C., and Caremark Part D Services, L.L.C. (collectively, "Caremark"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

1. WHEREAS pursuant to the Court's May 12, 2022 Order, Dkt. No. 214, Caremark is required to answer by Monday, June 13, 2022 Interrogatories Nos. 13 and 18 and particular portions of Interrogatories Nos. 5, 8, 16, 19 and 20 of Relator's First Set of Interrogatories;

2. WHEREAS Caremark will provide its required verified responses as to Interrogatories Nos. 18, 19, and 20 by Monday, June 13, 2022; and

3. WHEREAS Caremark's counsel notified Relator's counsel on Thursday, June 9, 2022 that it requires an additional few days to complete and verify its responses to Interrogatories Nos. 5, 8, 13, and 16, in part due to the unavailability of individuals at Caremark whose input is material to those responses:

The parties AGREE AND HEREBY STIPULATE that Caremark's time to answer and verify Relator's Interrogatories No. 5, 8, 13 and 16 consistent with the Court's May 12 Order shall be extended by three days from June 13, 2022 to June 16, 2022.

WHEREFORE, the parties respectfully request that the Court endorse and enter this Joint Stipulation.

Dated: June 10, 2022                                    Respectfully submitted,

BERGER & MONTAGUE, P.C.                    WILLIAMS & CONNOLLY LLP

/s/ Natalie Finkelman Bennett                          /s/ Craig D. Singer
Natalie Finkelman Bennett                              Enu A. Mainigi (*Pro Hac Vice*)
nfinkelman@millershah.com                              emainigi@wc.com
1845 Walnut Street, Suite 806                          Craig D. Singer
Philadelphia, PA 19103                                 csinger@wc.com
Tel: (866) 540-5505                                    Holly M. Conley (*Pro Hac Vice*)
                                                       hconley@wc.com
*Counsel for Relator*                                  Daniel M. Dockery (*Pro Hac Vice*)
                                                       ddockery@wc.com
                                                       WILLIAMS & CONNOLLY LLP
                                                       680 Maine Ave., S.W.
                                                       Washington, DC 20024
                                                       Tel:  202-434-5000
                                                       Fax:  202-434-5029

                                                       *Counsel for Defendants*

SO ORDERED.

Date:   June 13, 2022                          /s/ Mitchell S. Goldberg
                                               UNITED STATES DISTRICT JUDGE