# Exhibit 159

INTENTIONALLY OMITTED