IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **SARAH BEHNKE,**<br><br>*Plaintiff*,<br><br>v.<br><br>**CVS CAREMARK CORPORATION** *et al.*,<br><br>*Defendants*. | **Civil Action**<br><br>**No. 14-cv-824** |

## ORDER

**AND NOW**, this 30th day of July, 2024, upon consideration of Caremark's motion to certify the Court's March 25, 2024 Order for interlocutory appeal (ECF No. 342), and the responses and replies thereto, and for the reasons set out in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Caremark's motion to certify the Court's March 25, 2024 Order for interlocutory appeal (ECF No. 342) is **DENIED**.

BY THE COURT:

/s/ *Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1