IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **SARAH BEHNKE,**<br><br>*Plaintiff*,<br><br>v.<br><br>**CVS CAREMARK CORPORATION** *et al.*,<br><br>*Defendants*. | Civil Action<br><br>No. 14-cv-824 |

## ORDER

**AND NOW**, this 30th day of July, 2024, upon consideration of Defendants' motion to seal (ECF No. 313), and the responses and replies thereto, and for the reasons set out in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendants' motion to seal (ECF No. 313) is **DENIED WITHOUT PREJUDICE**.

2. Within 21 days of the date of this Order, Defendants may file a renewed motion to seal as set out in the accompanying Memorandum Opinion.

BY THE COURT:

 /s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**

1