**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SARAH BEHNKE<br><br>　　　　　Plaintiff-Relator,<br><br>　　v.<br><br>CVS HEALTH CORP., *et. al.*,<br><br>　　　　　Defendants. | **Civil Action No. 2:14-cv-00824 (MSG)** |

**THE PARTIES' JOINT STATUS REPORT PURSUANT
TO THE COURT'S SEPTEMBER 30, 2024 ORDER**

Pursuant to the Court's September 30, 2024 Order (ECF No. 377) directing the Parties to report their positions on several issues, the Parties respectfully submit this Joint Status Report.

**I.      MEDIATION**

Relator's Position:  Relator is open to mediation, whether with the Court, a Magistrate Judge, or private.

Caremark's Position:  Caremark does not believe a mediation is likely to be productive at this time.  Caremark will continue to evaluate its position on mediation in the new year and as the case progresses.  If Caremark is ordered to participate in a mediation it will of course do so, and in that event, Caremark requests a private mediator to be selected cooperatively by the Parties.

**II.      JURY TRIAL/BENCH TRIAL**

The Parties have conferred, and all Parties consent to a bench trial.

**III.      BIFURCATION OF LIABILITY AND DAMAGES**

The Parties have conferred and do not believe that bifurcation is appropriate.

1

If the Court is still considering bifurcation, the Parties request the opportunity to brief the

issue.

Dated: October 18, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ *David F. Sorensen* | /s/ *Craig D. Singer* |
| BERGER MONTAGUE PC | WILLIAMS & CONNOLLY LLP |
| David F. Sorensen | Enu A. Mainigi (*Pro Hac Vice*) |
| Caitlin G. Coslett | Craig D. Singer |
| Susan Schneider Thomas | (PA ID No. 71394) |
| Joy P. Clairmont | Holly M. Conley (*Pro Hac Vice*) |
| William H. Fedullo | Daniel M. Dockery (*Pro Hac Vice*) |
| 1818 Market Street, Suite 3600 | 680 Maine Avenue SW |
| Philadelphia, PA 19103 | Washington, DC 20024 |
| Telephone: (215) 875-3000 | Tel:  202-434-5000 |
| Facsimile: (215) 875-4604 E-mail: dsorensen@bm.net | Fax:  202-434-5029 |
| jclairmont@bm.net | emainigi@wc.com |
| ccoslett@bm.net | csinger@wc.com |
| sthomas@bm.net | hconley@wc.com |
| wfedullo@bm.net | ddockery@wc.com |

James C. Shah
Natalie Finkelman Bennett
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
jshah@millershah.com
nfinkelman@millershah.com

*Attorneys for Plaintiff-Relator*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served by ECF on Counsel of Record.

Dated:  October 18, 2024

/s/ David F. Sorensen
David F. Sorensen