IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **SARAH BEHNKE,**<br><br>*Plaintiff*,<br><br>v.<br><br>**CVS CAREMARK CORPORATION** *et al.*,<br><br>*Defendants*. | Civil Action<br><br>No. 14-cv-824 |

## ORDER

**AND NOW**, this 3rd day of February, 2025, upon consideration of Relator's Motion to Preclude or in the Alternative, to Depose (ECF No. 398), Defendants' Response in Opposition (ECF No. 402), and all related documents (ECF Nos. 410, 411), and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion (ECF No. 398) is **DENIED**.

BY THE COURT:

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1