AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America ex rel. Sarah Behnke | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 14-cv-824 |
| CVS Caremark Corp. et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* the United States of America recover from the defendant *(name)* Caremark RX, LLC, CaremarkPCS Health LLC, and CVS Caremark Part D Services, LLC the amount of two hundred eighty nine million, eight hundred seventy three thousand, five hundred dollars ($ 289,873,500), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of  3.91  % per annum, along with costs.

This action was *(check one)*:

☒ tried by Judge Mitchell S. Goldberg without a jury and the above decision was reached.

Date: August 19, 2025

BY THE COURT

*/s/ Mitchell S. Goldberg*
Mitchell S. Goldberg, J.