# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **SARAH BEHNKE** : : | |
| : | **CIVIL ACTION** |
| v. : | **No. 14-824** |
| : | |
| **CVS CAREMARK CORP.,** *et al.* : | |

## ORDER

This 5th day of January, 2026, upon consideration of the Parties' Joint Motion to Unseal Certain Parts of the Record, ECF 519, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that the Clerk of Court shall unseal, in their entirety, the following documents and any exhibits and/or other supporting documents attached thereto in their entirety:

- ECF 270: Relator's Memorandum of Law and Statement of Undisputed Material Facts in Support of Relator's Motion for Summary Judgment;

- ECF 295: Defendants' Response to Relator's Statement of Undisputed Facts in Support of Relator's Motion for Summary Judgment;

- ECF 298: Defendants' Notice of Filing of Corrected Declaration and Exhibits; and

- ECF 456: Defendants' Notice That They Seek to Add John Wells to Their Witness List.

It is further **ORDERED** that the Clerk of Court shall unseal, in their entirety, ECF 271 and any exhibits and/or other documents attached thereto, with the exception that Relator's Exhibits 2, 4, 6, 7, 9, 10, 11, 12, 15, 16, 17, 18, 19, 20, 21, 24, 25, 80, 93, 256, and 266 shall remain sealed, and the redacted versions of these same exhibits filed at ECF 387 shall be unsealed.

                                                                 /s/ Gerald Austin McHugh
                                                                   United States District Judge