### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* | : | |
| SARAH BEHNKE | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 14-0824** |
| | : | |
| CVS CAREMARK CORP., *et al.* | : | |

### ORDER

This 30th day of March, 2026, with judgment having been entered by Judge Goldberg,

and this matter now pending before the Third Circuit Court of Appeals, it is hereby **ORDERED**

that the Clerk shall mark this case closed for statistical purposes.


 /s/ Gerald Austin McHugh
United States District Judge